CRIMINAL COVER SHEET
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

Indictment         (X)
Complaint          ( )
Information        ( )
Felony             (X)
Misdemeanor        ( )
Juvenile           ( )

County of Offense:      Montgomery
AUSA's NAME:            Josh Kurtzman

Reviewed by AUSA:          JK
                        (Initials)

Korbein Schultz.
Defendant's Full Name

_____
Defendant's Address

Interpreter Needed?      _____ Yes    _X_  No

If Yes, what language?   _____

_____
Defendant's Attorney

| COUNT(S) | TITLE/SECTION | OFFENSE CHARGED | MAX. PRISON (plus any mandatory minimum) | MAX. FINE |
|----------|---------------|-----------------|------------------------------------------|-----------|
| 1 | 18 U.S.C. § 793(g) | Conspiracy to Obtain and Transmit National Defense Information | Maximum of 10 years imprisonment | $250,000 |
| 2, 3, 4 | 22 U.S.C. § 2778 | Export of Technical Data related to Defense Articles Without a License | Maximum of 20 years imprisonment | $1,000,000 |
| 5 | 22 U.S.C. § 2778 | Conspiracy to \Violate the Arms Export Control Act | Maximum of 20 years imprisonment | $1,000,000 |
| 6 | 18 U.S.C. § 201(b)(2)(C) | Bribery of a Public Official | Maximum of 15 years imprisonment | $250,000 |

Is the defendant currently in custody?   Yes ( )        No (X)      If yes, State or Federal?      Writ requested   (N/A)

Has a complaint been filed?              Yes    ( )      No     (X)
    If Yes:   Name of the Magistrate Judge _____      Case No.: _____
              Was the defendant arrested on the complaint?          Yes      ( )      No       (X)

Has a search warrant been issued?        Yes    (X)      No     ( )
    If Yes:   Name of the Magistrate Judge   Frensley                  Case No.: 23-mj-1246; 23-mj-1259; 23-mj-2302;
23-mj-2318; 23-mj-1209; 23-mj-1305; 23-mj-4493; 23-mj-23-4494; 24-mj-1023; 24-mj-2035; 24-mj-2036; 24-mj-2037; 24-mj-2079;
24-mj-2080; 24-mj-2081

Was bond set by Magistrate/District Judge? Yes    ( )      No     (X)            Amount of bond: _____

Is this a Rule 20? Yes ( )  No (X)        To/from what district?   _____
Is this a Rule 40? Yes ( )  No (X)        To/from what district?   _____

Estimated trial time:        3 Days

The Clerk will issue a Summons/Warrant  (circle one)  (Note: If information, request for a warrant requires presentment of a sworn affidavit of probable cause to a judicial officer, who will determine whether to issue a warrant)

Detention requested:  Yes (X)  No ( )      Recommended conditions of release: _____