# UNITED STATES DISTRICT COURT
for the
Middle District of Tennessee

| | |
|---|---|
| United States of America<br>v.<br>Korbein Schultz<br>*Defendant* | ) ) Case No. 3:24-cr-00056<br>)<br>)<br>) |

**ORDER SCHEDULING A DETENTION HEARING**

A detention hearing in this case is scheduled as follows:

| Place: U.S. District Courthouse<br>719 Church Street<br>Nashville, TN | Courtroom No.: 5A |
|---|---|
| | Date and Time: 3/15/24 12:30 pm |

**IT IS ORDERED:** Pending the hearing, the defendant is to be detained in the custody of the United States marshal or any other authorized officer. The custodian must bring the defendant to the hearing at the time, date, and place set forth above.

Date: March 11, 2024

*Judge's signature*

Magistrate Judge Alistair E. Newbern
*Printed name and title*