UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | No. 3:24-00056 |
| | ) | JUDGE TRAUGER |
| KORBEIN SCHULTZ | ) | |

*Motion GRANTED. Change of plea hearing is set for 8/13/2024 at 1:00 p.m.*

MOTION TO SET HEARING FOR CHANGE OF PLEA

Through counsel, Korbein Schultz respectfully moves the Court to schedule a change of plea hearing in his case. Mr. Schultz has decided to change his plea of not guilty to a plea of guilty pursuant to an agreement with the government. It is the intention of the parties to present the Court with that agreement and a plea petition.

This case is currently set for trial on August 13, 2024. Mr. Schultz asks the Court to grant this motion and set the change of plea hearing on a date in August.

Respectfully submitted,

/s/ *Mary Kathryn Harcombe*
MARY KATHRYN HARCOMBE
Assistant Federal Public Defender
810 Broadway, Suite 200
Nashville, TN  37203
615-736-5047
E-mail:  MaryKathryn_Harcombe@fd.org

Attorney for Korbein Schultz