UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | No. 3:24-00056 |
| v. | ) | JUDGE TRAUGER |
| | ) | |
| KORBEIN SCHULTZ | ) | |

## UNOPPOSED MOTION TO CONTINUE SENTENCING HEARING

Through counsel, Korbein Schultz moves the Court to continue the Sentencing Hearing that is currently set for January 23, 2025. In support of this motion, Mr. Schultz would show the following:

1. Mr. Schultz pleaded guilty to the indictment on August 13, 2024. (D.E. 28.)

2. At the plea hearing, defense counsel stated that she was still waiting on certain further information from the government. Counsel believes Mr. Schultz is entitled to this information and that the information is relevant to sentencing. Both parties expected this issue could be resolved by the sentencing date. Assistant U.S. Attorney Joshua Kurtzman has been working to obtain and provide the requested information to the defense, but the bureaucracy involved has made this task more difficult. Mr. Kurtzman believes that he should be able to provide the relevant information within approximately a month.

3. Undersigned counsel has spoken with Mr. Kurtzman about this motion, and Mr. Kurtzman agrees that a continuance would be helpful for both parties.

4. Defense counsel has also communicated with Supervisory U.S. Probation Officer Terra Everett. The Presentence Report (PSR) in Mr. Schultz's case was originally assigned to an officer who no longer works for the Middle District of Tennessee. While Ms. Everett verified that her office could produce the PSR by the due date of December 19, 2024, the task would be difficult. Mr. Shultz's case involves unusual charges and complicated guidelines calculations, so the PSR could be more cumbersome than expected. The Probation Office is not requesting a continuance but agrees that one would be helpful.

For the reasons given above, Mr. Schultz respectfully moves the Court to continue his sentencing hearing. He asks that the hearing be rescheduled near the end of February, 2025, or at a later date. In the event that the Court grants this motion, the parties will provide a list of mutually-available dates.

Respectfully submitted,

/s/ *Mary Kathryn Harcombe*
MARY KATHRYN HARCOMBE
Assistant Federal Public Defender
810 Broadway, Suite 200
Nashville, TN 37203
615-736-5047
E-mail: MaryKathryn_Harcombe@fd.org

Attorney for Korbein Schultz

## CERTIFICATE OF SERVICE

I hereby certify that on December 12, 2024, I electronically filed the foregoing *Unopposed Motion to Continue Sentencing Hearing* with the clerk of the court by using the CM/ECF system, which will send a Notice of Electronic Filing to the following: Joshua Kurtzman, Assistant United States Attorney, 719 Church Street, Suite 3300, Nashville, TN 37203.

/s/ *Mary Kathryn Harcombe*
MARY KATHRYN HARCOMBE

3