UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | No. 3:24-00056 |
| v. | ) | JUDGE TRAUGER |
| | ) | |
| KORBEIN SCHULTZ | ) | |

### UNOPPOSED MOTION TO CONTINUE SENTENCING HEARING

Through counsel, Korbein Schultz moves the Court to continue the sentencing hearing that is currently set for March 3, 2025. In support of this motion, Mr. Schultz would show the following:

1. Mr. Schultz pleaded guilty to the indictment on August 13, 2024, and one prior continuance was granted regarding the sentencing hearing. (D.E. 28, 32.)

2. Mr. Schultz has a right to receive his Presentence Report (PSR) at least 35 days prior to sentencing under Rule of Criminal Procedure 32(e)(2). He does not wish to waive this minimum period. As of the filing of this motion, he has not received the PSR.

3. Undersigned counsel will be in trial starting February 18, 2025, on another case. The trial is expected to last up to two weeks, limiting counsel's ability to adequately review the PSR with Mr. Schultz, prepare PSR objections, and write the required sentencing memorandum before the filing deadlines.

4. Undersigned counsel has communicated with Assistant U.S. Attorney Joshua Kurtzman about this motion, and Mr. Kurtzman does not oppose this

motion. Mr. Kurtzman will be involved in the same trial on February 18 as government counsel.

For the reasons given above, Mr. Schultz respectfully moves the Court to continue his sentencing hearing. Due to the schedules of both defense and government counsel, he asks that the hearing be rescheduled near the end of April, 2025, if that works for the Court.

Respectfully submitted,

/s/ *Mary Kathryn Harcombe*
MARY KATHRYN HARCOMBE
Assistant Federal Public Defender
810 Broadway, Suite 200
Nashville, TN  37203
615-736-5047
E-mail: MaryKathryn_Harcombe@fd.org

Attorney for Korbein Schultz

## CERTIFICATE OF SERVICE

I hereby certify that on February 3, 2025, I electronically filed the foregoing *Unopposed Motion to Continue Sentencing Hearing* with the clerk of the court by using the CM/ECF system, which will send a Notice of Electronic Filing to the following: Joshua Kurtzman, Assistant United States Attorney, 719 Church Street, Suite 3300, Nashville, TN 37203.

/s/ *Mary Kathryn Harcombe*
MARY KATHRYN HARCOMBE