IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| ) | |
| v. ) | Criminal No. 3:24-cr-00056 |
| ) | Judge Trauger |
| KORBEIN SCHULTZ ) | |
| ) | |

## ORDER

It is hereby ORDERED that the sentencing of this defendant scheduled for April 24, 2025 is RESET for Wednesday, April 23, 2025 at 1:00 p.m.

It is so **ORDERED**.

_____
ALETA A. TRAUGER
U.S. District Judge