UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE

Case No.: 3:24-cr-56

UNITED STATES OF AMERICA
V.

KORBEIN SCHULTZ

(list each defendant appearing at hearing)

Judge: TRAUGER
Hearing Date: 4/23/2025
Location: ☑ Nashville  ☐ Columbia  ☐ Cookeville
Court Reporter: Roxann Harkins
Court Interpreter:

## CRIMINAL MINUTES

Government Attorney(s): Josh Kurtzman

Defense Attorney(s): Mary Kathryn Harcombe

## TRIAL PROCEEDINGS

1. Jury Trial* ☐
2. Non-Jury Trial* ☐
3. Sentencing Hearing Contested* ☑
4. Supervised Release Hearing-Contested* ☐
5. Probation Revocation Hearing-Contested* ☐
6. Other Evidentiary Hearing* ☐
   (Describe #6 in comments section below)
*For items 1-6, a Witness/Exhibit List is required and must be separately filed.

## NON-TRIAL PROCEEDINGS

7. Initial Appearance/Arraignment ☐
8. Plea Hearing ☐
9. Sentencing Hearing ☐
10. Status conference ☐
11. Pretrial Conference ☐
12. Supervised Release Revocation Hearing ☐
13. Probation Revocation Hearing ☐
14. Motion Hearing ☐
15. Other Proceeding ☐
    (Describe #15 in comments section below)

JURORS (complete on day 1 only):

| # | Juror | # | Juror |
|---|---|---|---|
| 1. | | 7. | |
| 2. | | 8. | |
| 3. | | 9. | |
| 4. | | 10. | |
| 5. | | 11. | |
| 6. | | 12. | |
| Alt 1. | | Alt 2. | |

COMMENTS:

Plea agreement accepted. Defendant sentenced to 84 months in custody, 3 years of supervised release, $600 special assessment and no fine. Witness list to follow. Judgment to enter.

Total Time in Court: 1 hr 40 mins.

Clerk of Court
by: Katheryn Beasley